**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALAN GINET,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-432ML** |
| | : | |
| **FEDEX GROUND PACKAGE** | : | |
| **SYSTEM, INC.,** | : | |
| **Defendant** | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned, **V. EDWARD FORMISANO, ESQ**., of Sinapi, Formisano & Company, Ltd., and does hereby enter his appearance on behalf of the Plaintiff.

Respectfully Submitted,
Sinapi, Formisano & Company, Ltd.

Dated: November 29, 2007

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)