UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN GINET,<br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-432 ML |

**ENTRY OF APPEARANCE**

Neal J. McNamara and Jillian Folger-Hartwell hereby enter their appearance as counsel for Defendant FedEx Ground Package System, Inc..

DEFENDANT FEDEX GROUND
PACKAGE SYSTEM, INC.

By their attorneys,

/s/ Neal J. McNamara
Neal J. McNamara #4249
Jillian Folger-Hartwell #6970
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (fax)

Date: February 7, 2008

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, a copy of the within Entry of Appearance was filed electronically and served electronically by operation of the Court's CM/ECF System upon V. Edward Formisano, Esq., and to Michael Pushee, Esq. at Sinapi Formisano, 100 Midway Place, Suite 1, Cranston RI 02920. Hard copies of the Answer will be made available upon request.

/s/ Neal J. McNamara