**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALAN GINET,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-432ML** |
| | : | |
| **FEDEX GROUND PACKAGE** | : | |
| **SYSTEM, INC.,** | : | |
| **Defendant** | : | |

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the Plaintiff and hereby moves for a continuance of the settlement conference scheduled for July 9, 2008 before U.S. Magistrate Judge Lincoln D. Almond. As grounds for this motion, the Plaintiff avers that Plaintiff's counsel has a personal conflict with the date of the settlement conference.

Defendant has no objection to this Motion.

Based on the foregoing, the Plaintiff respectfully requests that this Court enter an Order continuing the settlement conference until July 23, 2008 at 2:00 p.m.

Plaintiff,
By his Attorneys,
Sinapi, Formisano & Co., Ltd.,

/s/ Michael D. Pushee
V. Edward Formisano (#5512)
Michael D. Pushee (#6948)
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040 (facsimile)

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 25th day of June, 2008 and is available for viewing and downloading from the ECF system.

/s/ Michael D. Pushee