**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALAN GINET,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-432 ML** |
| | : | |
| **FEDEX GROUND PACKAGE SYSTEM, INC.,** | : | |
| **Defendant** | | |

**DEFENDANT, FEDEX GROUND PACKAGE SYSTEM, INC'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Defendant Fedex Ground Package System, Inc. ("Defendant") hereby moves to continue the settlement conference currently scheduled for July 23, 2008 to a date convenient for the Court. As grounds for said Motion, Defendant states that it just received information from the Plaintiff which is needed to analyze the information received and formulate a response to the Plaintiff's demand and develop its strategy for the conference. With the settlement conference less than a week away, Defendant does not have adequate time to obtain the required approvals. Plaintiff's counsel has no objection to the continuance of the settlement conference.

Defendant,
FEDEX GROUND PACKAGE SYSTEM, INC.
By Its Attorneys,

/s/ Neal J. McNamara

Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (FAX)
nmcnamara@nixonpeabody.com

Dated: July 18, 2008

CERTIFICATION

I hereby certify that a true copy of the within Motion to Continue Settlement Conference was served via electronic delivery on V. Edward Formisano, Esq. and Michael D. Pushee, at Sinapi, Formisano & Co. , Ltd., 100 Midway Place, Suite 21, Cranston, RI 02920-5707 on this 18th day of July, 2008.

/s/Neal J. McNamara_____________